1116

## E. SPICER v. STATE.
### No. 14839.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Harry Tom King, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, seven years in the penitentiary.

We find in this record an affidavit made by the appellant in due form, in which he requests this court to dismiss the appeal in this case. The request is granted, and the appeal is dismissed.

## Mary Gunter TAYLOR v. STATE.
### No. 14641.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for transporting intoxicating liquor; punishment being assessed at one year's confinement in the penitentiary.

Appellant has filed in this court her affidavit advising the court that she does not further desire to prosecute her appeal and requesting that the same be dismissed.

In compliance with such request a dismissal is ordered.

## Jimmie THOMAS v. STATE.
### No. 14729.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary; punishment being assessed at six years' confinement in the penitentiary.

It is made to appear by proper affidavits on file with this court that since perfecting the appeal appellant has escaped from jail in Harrison county where he was held pending the appeal. Under the provisions of article 824, C. C. P., such escape ousts this court of jurisdiction.

The appeal is therefore dismissed.

## J. R. WALKER v. STATE.
### No. 14184.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Davidson, Blalock & Blalock, of Marshall, for appellant.

John E. Taylor, Co. Atty., and Benjamin Woodall, Asst. Co. Atty., both of Marshall, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is violating the Sunday law; the punishment, a fine of $40.

In his written motion filed in this court, appellant requests that the appeal be dismissed.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.